# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

Kelvin Patterson                                              :

       Plaintiff,                                          :

vs.                                                          :   Civil Action No. 16-CV-19-CB—C

Mobile County Commission &                                   :
Mobile County Sheriff's ofc.

                                                 :

       Defendant(s)                                        :

## COMPLAINT

1. Plaintiff resides at 760 Pine Run Rd. Mobile, AL 36695

2. Name(s) of defendant(s) Mobile County Commission, Mobile County Sheriff's office.

3. Location of principal office(s) of the named defendant(s) (P.O. Box 113 Mobile AL 36601 Mobile County Sheriff's ofc.) (205 Government St. Mobile, AL 36644 Mobile County Commission.)

4. Nature of business of defendant(s) Law Enforcement, County Government

5. Approximate number of individuals employed by defendant(s) Over 450

6. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) _____ Termination of my employment.

   (C) ✓ Failure to promote me.

   (D) _____ Other acts as specified below: _____

7.   Plaintiff is:

(A) __✓__ Presently employed by the defendant.

(B) _____ Not presently employed by the defendant.

The dates of employment were _____

(1) _____ Plaintiff was discharged.

(2) _____ Plaintiff was laid off.

(3) _____ Plaintiff left the job voluntarily.

8.   Defendant(s) discriminated against me on account of my:

(A) __✓__ Race                         _____ Sex

_____ Color                        _____ National Origin

_____ Religion

Therefore, I am bringing this action for employment discrimination pursuant to Title VII

of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

(B) _____ Physical disability

_____ Mental disability

Therefore, I am bringing this action pursuant to the American with Disabilities Act,

specifically, 42 U.S.C. § 12117.

(C) _____ Age

Therefore, I am bringing this action pursuant to the Age Discrimination in Employment

Act of 1967, specifically, 29 U.S.C. § 626.

9.   The name(s), race, sex, and the position or title of the individual(s) who allegedly

discriminated against me during the period of my employment with the defendant company is

(are) _Lieutenant Christopher Evens, Chief Deputy David Wilhelm,_
_Lieutenant Roderick Bonner,_

10.   The alleged discrimination occurred on or about _August 2014 —_

11.   The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: _____

Lieutenant Evans became my Lieutenant in August 2014. He continually harressed me and called me in the ofc. and made obscene and unwanted remarks to me. Evans gave me a letter of reprimand for a charge that was unconstituted and Chief Deputy Wilhelm pursued it repeatedly. LT. Bonner made racist remarks repeatedly and he is black about black people and hispanics. LT. Bonner told me to my face that I should be demoted and fired because I have never been any good.

12.   The alleged illegal activity took place at _Mobile County Sheriff's ofc._

_____

13.    I filed charges with the Equal Employment Opportunity Commission regarding alleged

discriminatory conduct by defendant(s) on or about __9/26/2015_____

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment

Opportunity Commission.  This letter was received by me on __10/17/2015_____

14.    I seek the following relief:

(A) _____  Recovery of back pay.

(B) _____  Reinstatement to my former job, and any other relief as may be appropriate,

including injunctive orders, damages, costs and attorney's fees.

Date: __1/12/2016_____          _____
                                     Signature of Plaintiff

                                     _____

                                     _____
                                     Address of Plaintiff

                                     (      )_____
                                     Telephone Number of Plaintiff

9/2/2015

I Melvin Petterson will to best of my
recollection, cite prior instances of harassment
and hostile working environments by Lt. Chris Evans.
Exact dates may not be accurate, facts will
be accurate.

August 2014:

Lt. Evans ~~wass~~ was assigned to the patrol
Delta unit which I am currently assigned &
had been for almost two years before Lt Evans
assignment.

September 2014:

I was supervisor on scene of a domestic
disturbance involving a known drug addict w/f.
The call took place on Winner dr. It was
the second time Deputies were called there and
it was discovered that said female had an
active warrant on her. I informed Deputy Lefler
to arrest her on said warrant & we clear off the
domestic dispute with no action taken due to the
fact the female who was the cause of the trouble
was being arrested. While Lefler was transporting
female, she began acting irrational & out of control
and Lefler notified EMS & it was determined
she had possibly overdosed. I met at
Mcdonald @ I10 with EMS & Deputy Joey Mcguire
was animately telling Lefler that situation wasn't
handled right. Mcguire never said anything to me

①

I

McGuire & Lt. Evans have a very close relationship. Later that day, Lt. Evans calls me in dc and asked why situation was handled that way, And I informed him that it was to remove the problem.

It wasn't handled any differently than some of our Deputies have always handled that type scenario.

October 2014:

After being my supervisor and not my line supervisor for about six weeks, Lt Evans gave me an unsatisfactory in the category of decision making. ~~He ne~~ This service rating is the reflection of the ~~pre~~ whole previous year in which Lt. Evans wasn't there and didn't have a fair assessment of me. Sgt Bailey who did work directly with me more than Lt. Evans, gave me a satisfactory in the category of decision making. I signed and agreed to the rating because I felt Sgt. Bailey's assessment of decision making was more accurate and he had more time with me directly to grade me.

November, 2014:

While on the nightshift, I was assigned a call on Moores Ln. and it was received as a sick call, I arrived + was informed that the ~~baby~~ infant child in question was enroute to the hospital and was alive.   CONT.

Cont. About three minutes later Sgt. Bailey called me on the radio + ~~instructed~~ educated me to go to the hospital and follow up more. I followed his orders and situation was resolved. Lt. Evens wasn't on duty this night. Lt. Evens when on duty went out of his way to check this particular call + proceeded to take issue with my handling of it even though Sgt. Bailey corrected it already within 3-5 minutes after I originally closed on the call. This situation was thought to be over when Sgt. Bailey called me ~~about~~ 4 Months later about the November call because Lt. Evens wanted to put more (neg.) information in my file. Sgt. Bailey was very frustrated because he too felt it wasn't a major issue and was over.

~~March 2015~~; Jan. 2015

Oct. 2014 { Lt. Evens was in our roll call this morning, and it was Deputy Tomaszewski's first day. He advised everyone to introduce themselves, I was the only black Deputy and I introduced myself and Lt. Evens ordered me to stand up when I introduce myself and I did so. The rest of the Deputies remained seated when introducing themselves and Lt. Evens didn't say anything to them. I asked "why was I the only one having to stand? Lt. Evens only laughed and gave no reply.

January
~~March February~~ 2015:

Lt. Evans advised me that I was no longer
able to approve overtime slips or vacation slips
even though I and all other patrol Corporals have
been ~~doing~~ signing off on them before his assignment
to patrol. While I was supervising on the North
side of the County, Lt. Evans called me on my
cellphone because an operator called him to say that
she didn't think I had a good demeanor on the phone
towards her. I recall very clearly that I asked the
operator why was she calling Sgt. Bailey from the
south end of the County when I was the acting
Sgt. The operator didn't offer any resistance to my
question at all and just gave me an answer
which was okay. When Capt. Cassady was assigned
to the patrol division in Jan 2014 he specically
told me that when I was ~~acting~~ Sgt. that
I will be held accountable as a Sgt. for everything
that happens on my watch.

February 2015:

Lt. Evans calls me on my cellphone while we
are on nightshift and asks why am I not on
the team hotspot assignment with the whole unit.
I informed Lt. Evans that he never made that
clear that the supervisor was to be on the
scene because the other supervisors under his
command are not on the scene with their
team enforcement activity either. CONT.

1

Conf. and he has not said anything to them. At this time I know for sure that Lt. Evans is looking for reasons to write me up & have me removed from the squad. I discussed my issues with Sgt. Bailey & informed him that I will be speaking with Capt Cassedy. Sgt. Bailey advised me that he understands and would support my claims if needed. I informed Sgt. Bailey that I will wait until dayshift to speak with Capt Cassedy.

March 2015:

I saw Capt. Cassedy and told him that I needed to speak with him in the near future concerning some issues I am having. Capt Cassedy advised me to come and see him when I am ready.
I went to speak with Capt. Cassedy & I advised him that I felt like I was working in a hostile environment & I was continually singled out by Lt. Evans. Capt. Cassedy told me that he would speak with Lt. Evans, from that point until May 2015 I had no issues with Lt. Evans.

April
~~May~~ 2019:

Lt. Ewens called me on his Saturday off day
screaming about the ops plan for the daily shift.
The ops plan is generally done at the start of
each shift. There were three days from the prior
month that Lt. Ewens didn't have an ops plan
from me, There again a double standard because
some of his supervisors weren't doing them at all.

May
~~August~~ 2015:

~~O. I was called to answer~~
Sgt. Bailey called to tell me that Lt. Ewens
wants me to go from Theodore on the Southside
to Chickasaw to pick up a prisoner when there
were northside units available. Corporals as an
unwritten rule don't generally transport prisoners.
I followed orders and did so by going to Chickasaw.

July
~~August~~ 2015:

I received a missing person call on Grand Bay
the call was given to me because there were no units
available. while enroute, units became okay and I
told the operator to assign this call to another unit
and I will back unit 237 on a domestic call
which we do all the time. Sgt. Bailey came on
the air and said to proceed as originally
came out and I complied. Cont.

Cont. After I obeyed, Lt Evens called me in the ofc. with him & Sgt. Bailey. Lt. Evens became enraged and irate and told me that none of the deputies want to work under me. This was no surprise to me because Deputy McGuire & Deputy O'brien have continually spreaded rhetoric on a daily basis which makes me very uncomfortable to the point of feeling a racial overtone even though I outrank these individuals. during the Ferguson unrest, I told the deputies that my voice lies in Ferguson and McGuire replied "Who did she loot? Everyone chuckled, I shrugged the remark off without a reply. I relayed my concerns with Lt. Cum and he reacted with a defensive attitude by telling me repeatedly to prove it. He then told me that I had no supervisor duties when both Sgts are present. I felt then as I do now that Lt. Evens is attempting to sabotage my chances of making Sgt. and have me removed off the squad which I have been on for 3 years. August 2015 I was working a complaint when Lt. Evens ordered Sgt. Bailey to send me to Metro jail and pick up a female and take her to Clayton AL. I followed orders and felt I shouldn't have been given this assignment because I was already on a call.

August 27, 2015:

Capt. Cassedy called Supervisor mtg. this is first time Lt. Evans & I are in Capt. presence at same time. I go to my car after using bathroom to get note pad & Lt. Evans waiting at door for me while everyone is already seated. While in meeting he looks at my award ribbons and remarks "If you're gonna wear those ribbons, at least wear them right and go to property and get a new nametag." Although I am wearing same nametag and ribbons I've worn since he's been assigned to this unit. A crime report came thru email while Lt. Evans was off duty and he called and told me to tell units that respond to this address that someone is to go to jail. I immediately told the operator to send a msg. to all units and relay that msg. and operator compho. ~~I~~

Sept. 2015

9-2-2015 Lt. Evans calls me into office about the same crime report and took it to the Chief Deputy and ask me to explain why I violated a direct order which I didn't feel this was a direct order. Lt. Evans has informed me that he would be writing me up. I feel this is more of the same racial harassment that Lt. Evans has displayed since he has been assigned.

1

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To:  Kelvin O. Patterson
760 Pine Run Road
Mobile, AL 36695

From:  Mobile Local Office
63 S Royal Street
Suite 504
Mobile, AL 36602

[ ]  *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2015-01185 | ARLENE A. GORCEY, Investigator | (251) 690-2177 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred** more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

Erika LaCour,
Local Office Director

10-16-15
*(Date Mailed)*

cc:  **MOBILE COUNTY SHERRIF'S OFFICE**
**Personnel Director**
**510 South Royal Street**
**Mobile, AL 36603**