# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| KELVIN PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 16-00019-CB-C |
| MOBILE COUNTY COMMISSION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This action was filed more than 90 days ago, and there is no evidence that the defendant has been served. Rule 4(m) of the Federal Rules of Civil Procedure states, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed the court—on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Therefore, Plaintiff must file proof of service of process on or before **May 11, 2016**.

***Failure to do so will result in the dismissal of this action***.

**DONE** and **ORDERED** this the 18th day of April, 2016.

s/Charles R. Butler, Jr.
**Senior United States District Judge**