# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| KELVIN PATTERSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 16–00019–CG–C |
| SAM COCHRAN, as Sheriff of Mobile County, Alabama | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with this Order entered this date granting summary judgment in favor of the defendant, it is **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of Defendant Sam Cochran, as Sheriff of Mobile County, Alabama and against Plaintiff Kelvin Patterson. This action is hereby **DISMISSED with prejudice**.

**DONE** and **ORDERED** this 3rd day of August, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE